IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 7:08-1645-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF** |
| $11,650.00 IN UNTED STATES CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This *in rem* forfeiture action was filed on April 17, 2008, concerning $11,650.00 in United States currency seized on or about October 24, 2007, by the Spartanburg County Sheriff's Office from the custody and possession of Joseph A. Dickenson.

Publication of the action was posted on an official internet government forfeiture site for at least thirty consecutive days, beginning May 28, 2008, in accord with Supplemental Rule G(4) for Admiralty or Maritime Claims and Asset Forfeiture Actions. Any unknown person claiming an interest in the Defendant currency was required to file a claim within sixty days after the first date of publication. The time has now run and no third party claims have been filed.

On May 6, 2008, a Notice of Judicial Forfeiture Action, as well as a copy of the Complaint for Forfeiture *In Rem*, a copy of the Order, and a copy of the executed Warrant for Arrest *In Rem* was served upon Joseph A. Dickenson at his home address and through his attorney of record, Cameron Boggs, Esquire. The same pleadings were served upon potential claimaints Charles McKenzie and Brien Smith.

1

On July 14, 2008, Joseph Dickenson filed a Verified Claim with the Spartanburg County Clerk of Court asserting ownership of the $11,650.00 in United States Currency.

The Government and Joseph Dickenson have reached the following settlement as reflected in the Stipulation for Compromise Settlement and Joint Motion for Entry of Consent Order of Forfeiture filed May 20, 2009: $5,825.00 will be returned to Joseph Dickenson by the United States Marshals Service issuing a check in that amount made payable to, "Cameron Boggs, Esquire, Trust Account." The balance of the defendant currency, to wit, $5,825.00, is to be found and held forfeited, condemned, quit-claimed, and abandoned to the Government, and shall be disposed of by the Unites States Marshal Service pursuant to law as a forfeited asset.

The parties agree that each side shall bear its own costs.

NOW THEREFORE, the Court being fully advised, and based on the Stipulation for Compromise Settlement and Joint Motion for Entry of Consent Order of Forfeiture, which is incorporated herein by reference, it is

ORDERED, ADJUDGED, and DECREED that:

1. All persons and entities other than Joseph Dickenson claiming any right, title, or interest in or to the Defendant currency are hereby held in default and default judgment is entered against them;

2. The United States Marshals Service shall return $5,825.00 of the Defendant currency to Joseph Dickenson by issuing a check made payable to "Cameron Boggs, Esquire, Trust Account";

3. Pursuant to 21 U.S.C. § 881 (a)(6), the balance of the Defendant currency, to wit, $5,825.00, is hereby forfeited, condemned, quit-claimed, and abandoned to the

       Government;

4. Clear title in and to the aforesaid $5,825.00 of the Defendant currency is hereby vested in the Government, and no other right, title, or interest exists therein. All other claims in or to said $5,825.00 of the Defendant currency are hereby forever foreclosed and barred; and

5. The $5,825.00 of the Defendant currency forfeited herein shall be disposed of by the United States Marshals Service pursuant to law as a forfeited asset.

IT IS SO ORDERED.

                              s/Henry F. Floyd
                              HENRY F. FLOYD
                              UNITED STATES DISTRICT JUDGE

May 21, 2009

Spartanburg, South Carolina